KENNETH SHERWOOD, Respondent, v. H. L. and F. McBRIDE, Appellants. THELMA SHERWOOD, Respondent, v. H. L. and F. McBRIDE, Appellants. — Motion,

in each case, for reargument denied, with ten dollars costs in one motion. Motion, in each case, for leave to appeal to the Court of Appeals denied. Present — Hill, P. J., McNamee, Crapser, Bliss and Heffernan, JJ.